UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-21331-CMA

SETH BAUM and LAURA BAUM,

    Plaintiffs,

v.

C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Seth Baum and Laura Baum ("Plaintiffs") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") (Plaintiffs and Bard are collectively referred to as the "Parties") hereby submit this Joint Notice of Settlement pursuant to Local Rule 16.4. The Parties have reached an agreement to settle all claims in this matter in principle and currently are in the process of finalizing settlement terms. The Parties will file an Agreed Motion to Dismiss once settlement documents are finalized and executed.

Dated: April 7, 2020

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|

*/s/ Annesley H. DeGaris*
Annesley H. DeGaris
Email: adegaris@degarislaw.com
**DEGARIS & ROGERS, LLC**
2 N. 20th Street, Ste. 1030
Birmingham, AL 35203
Telephone: (205) 558-9000
Facsimile: (205) 324-7896

and

Wendy R. Fleishman
Email: wfleishman@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (561) 684-2500
Facsimile: (561) 684-6308

*/s/ Jay A. Yagoda*
Sabrina R. Gallo
Florida Bar No. 419273
Email: gallos@gtlaw.com
Jay A. Yagoda
Florida Bar No. 84811
Email: yagodaj@gtlaw.com
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue
Miami, FL 33131
Tel: (305) 579-0500
Fax: (305) 579-0717

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Jay A. Yagoda*
JAY A. YAGODA

## SERVICE LIST

Annesley H. DeGaris
Email: adegaris@degarislaw.com
**DWM LAWYERS, LLC**
2 N. 20th Street, Ste. 1030
Birmingham, AL 35203

Wendy R. Fleishman
Email: wfleishman@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, NY 10013