**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  20-21331-CIV-ALTONAGA/Goodman**

**M.D. SETH BAUM**, *et al.*,

      Plaintiffs,

v.

**C. R. BARD INC.**; *et al.*,

      Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Joint Notice of Settlement [ECF No. 16], filed on April 7, 2020.  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2.  If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 7th day of April, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record