UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-21331-CMA

SETH BAUM and LAURA BAUM,

    Plaintiffs,

v.

C. R. BARD, INC. and BARD PERIPHERAL
VASCULAR, INC.,

    Defendants.
_____/

## JOINT STATUS REPORT

Plaintiffs Seth Baum and Laura Baum ("Plaintiffs") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") (Plaintiffs and Bard are collectively referred to as the "Parties") hereby submit this Joint Status Report, and state as follows:

1. Following a transfer from the MDL *In re: Bard IVC Filters Products Liability Ligation*, MDL No. 2641 (D. Ariz.), this action was docketed in this Court on March 27, 2020.

2. On April 7, 2020, the Parties filed a Joint Notice of Settlement (Doc. 16), indicating that the Parties have reached an agreement to settle all claims in this matter in principle and currently are in the process of finalizing settlement terms.

3. On April 7, 2020, the Court entered an Order Administratively Closing Case (Doc. 18) and directing the Parties to file a stipulation of dismissal within 60 days of the date of the Order.

4. At this time, the Parties are not able to file a stipulation of dismissal. The Parties are still in the process of finalizing settlement terms. This case is one among many in an inventory

of cases filed by Plaintiffs' law firm against Bard that will be resolved simultaneously. The Parties anticipate that an additional 60 to 90 days is necessary to complete and finalize this inventory settlement, including the settlement in this case.

5. Once the settlement terms are finalized for the inventory of cases brought by Plaintiffs' law firm, the Parties will file a Stipulation of Dismissal in this case.

6. The Parties jointly request that the case remain administratively closed during this time period to allow the Parties sufficient time to finalize the settlement and for the Court to extend the date on which the Parties must file a Stipulation of Dismissal for an additional 60 to 90 days.

Dated: June 8, 2020

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| */s/ Annesley H. DeGaris* <br> Annesley H. DeGaris <br> Email: adegaris@degarislaw.com <br> **DEGARIS WRIGHT MCCALL** <br> 2 N. 20th Street, Ste. 1030 <br> Birmingham, AL 35203 <br> Telephone: (205) 558-9000 <br> Facsimile: (205) 324-7896 <br><br> and <br><br> Wendy R. Fleishman <br> Email: wfleishman@lchb.com <br> **LIEFF CABRASER HEIMANN & BERNSTEIN LLP** <br> 250 Hudson Street, 8th Floor <br> New York, NY 10013 <br> Telephone: (561) 684-2500 <br> Facsimile: (561) 684-6308 | */s/ Jay A. Yagoda* <br> Sabrina R. Gallo <br> Florida Bar No. 419273 <br> Email: gallos@gtlaw.com <br> Jay A. Yagoda <br> Florida Bar No. 84811 <br> Email: yagodaj@gtlaw.com <br> **GREENBERG TRAURIG, P.A.** <br> 333 S.E. 2nd Avenue <br> Miami, FL 33131 <br> Tel: (305) 579-0500 <br> Fax: (305) 579-0717 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                          /s/ *Jay A. Yagoda*
                                                                           JAY A. YAGODA

## SERVICE LIST

Annesley H. DeGaris
Email: adegaris@degarislaw.com
**DWM LAWYERS, LLC**
2 N. 20th Street, Ste. 1030
Birmingham, AL 35203

Wendy R. Fleishman
Email: wfleishman@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, NY 10013