UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-21331-CMA

SETH BAUM and LAURA BAUM,

    Plaintiffs,

v.

C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,

    Defendants.
_____/

## STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed without prejudice, with each party to bear its own costs.

Dated: December 1, 2020

| ATTORNEY FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| /s/ Annesley H. DeGaris<br>Annesley H. DeGaris<br>Email: adegaris@degarislaw.com<br>**DEGARIS WRIGHT MCCALL**<br>2 N. 20th Street, Ste. 1030<br>Birmingham, AL 35203<br>Telephone: (205) 558-9000<br>Facsimile:  (205) 324-7896 | /s/ Jay A. Yagoda<br>Sabrina R. Gallo<br>Florida Bar No. 419273<br>Email: gallos@gtlaw.com<br>Jay A. Yagoda<br>Florida Bar No. 84811<br>Email: yagodaj@gtlaw.com<br>**GREENBERG TRAURIG, P.A.**<br>333 S.E. 2nd Avenue<br>Miami, FL 33131<br>Tel: (305) 579-0500<br>Fax: (305) 579-0717 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Jay A. Yagoda*
JAY A. YAGODA

## SERVICE LIST

Annesley H. DeGaris
Email: adegaris@degarislaw.com
**DWM LAWYERS, LLC**
2 N. 20th Street, Ste. 1030
Birmingham, AL 35203